FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMARA SCHREVEN, an individual,<br><br>                    Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>                    Defendant. | No. 2:24-CV-0181-RLP<br><br>ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |

THIS MATTER having come on before the Court on the stipulation of the undersigned parties (ECF No. 18), and the Court being fully informed,

Accordingly, **IT IS HEREBY ORDERED:**

1.    Plaintiff's claims and causes of action against Defendant are dismissed with prejudice and without an award of attorney fees or costs to either party.

2.    All deadlines and hearings are **VACATED**.

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – 1

1    The District Court Executive is directed to enter this Order and Judgment,

2 furnish copies to counsel, and CLOSE the file.

3    **DATED** April 9, 2025.

4

_____
5          REBECCA L. PENNELL
         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH
PREJUDICE – 2